UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 09-cr-00227-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO DE LA CRUZ-DE LOS SANTOS,

    Defendant.

### ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on July 8, 2009.

IT IS ORDERED THAT A Change of Plea hearing is set for **September 18, 2009, at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on September 16, 2009.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.** In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for July 28, 2009, and the 3-day jury trial in this matter, set to commence August 3, 2009, are VACATED.

DATED:   July 8, 2009   .

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge